UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER NUNEZ,

       Plaintiff,

 -against-

NICOLE FRASER; OLIVIA GIEGERICH;
MARK SIMON; (PACHEO police officer),

       Defendants.

---

1:23-CV-10750 (LTS)

CIVIL JUDGMENT

 For the reasons stated in the January 16, 2024, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 16, 2024
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              Chief United States District Judge